BEFORE THE THIRD DIVISION, FEBRUARY 3, 1969

**No. P69/33.**—Argo Marine Supply Co. v. United States, protest 66/20610 (New York).

LANDIS, J. In accordance with stipulation of counsel that the items of merchandise covered by the foregoing protest are manufactures of the United States, exported without drawback, and returned without having been advanced in value or improved in condition by any process of manufacture or other means and that the applicable customs regulations have been complied with, the claim of the plaintiff was sustained. *Bertrand Freres, Inc., et al.* v. *United States* (47 Cust. Ct. 155, C.D. 2296).

BEFORE THE THIRD DIVISION, FEBRUARY 4, 1969

**No. P69/34.**—National Silver Co. *v.* United States, protest 62/10664 (San Diego).

LANDIS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, FEBRUARY 10, 1969

**No. P69/35.**—Orientex, Ltd. *v.* United States, protest 66/72685 (New York).

RAO, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of hanging paper similar in all material respects to that the subject of *Victor England Agencies, Inc.* v. *United States* (50 Cust. Ct. 83, C.D. 2394), the claim of the plaintiff was sustained.